# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3374

_____

|  |  |  |
|---|---|---|
| Sandy R. Jackson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| University of Nebraska Board of | * | **[UNPUBLISHED]** |
| Regents, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 5, 2002
Filed: April 8, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Sandy R. Jackson brought this action against the University of Nebraska Board of Regents (University), claiming the University terminated his Ph.D. program, harassed him, and otherwise discriminated against him based on his race, in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d to 2000d-7. At trial, after the close of Jackson's proof, the district court[1] entered judgment as a matter of

_____

[1]The HONORABLE DAVID L. PIESTER, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

law for the University, and Jackson appeals. Having reviewed the district court's factual findings for clear error and its legal conclusions de novo, see Clark v. Runyon, 218 F.3d 915, 918 (8th Cir. 2000), we affirm.

We agree with the district court that Jackson did not prove that any of the allegedly discriminatory or harassing actions were based on his race. See Habib v. Nationsbank, 279 F.3d 563, 566 (8th Cir. 2001); Bradley v. Widnall, 232 F.3d 626, 632 (8th Cir. 2000); Fuller v. Rayburn, 161 F.3d 516, 518 (8th Cir. 1998).

Accordingly, we affirm.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.